# United States Court of Appeals
## For the First Circuit

No. 24-1759

TRIUMPH FOODS, LLC, CHRISTENSEN FARMS MIDWEST, LLC, THE HANOR
COMPANY OF WISCONSIN, LLC, NEW FASHION PORK, LLP, EICHELBERGER
FARMS, INC. and ALLIED PRODUCERS' COOPERATIVE, individually and
on behalf of its members,

Plaintiffs, Appellants,

v.

ANDREA JOY CAMPBELL, in her official capacity as Attorney
General of Massachusetts, and ASHLEY RANDLE, in her official
capacity as Commissioner of the Massachusetts Department of
Agricultural Resources,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court, issued on October 3, 2025, is
amended as follows:

On page 16, line 2, footnote 5 replace "who" with "which."

On page 22, line 15, replace "cert. denied" with "cert.
denied."

On page 22, line 16, replace "cert. denied" with "cert.
denied."

On page 26, line 13, replace "conferred" with "afforded."

On page 29, line 8, replace "in" with "in-."

On page 41, lines 1-2, replace "cert. denied" with "cert.
denied."